IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEBORAH MAE TODD-SMITH                                                    PLAINTIFF

V.                                  NO. 11-2029

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                        DEFENDANT

## MEMORANDUM OPINION

Plaintiff Deborah Mae Todd-Smith brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner), through an administrative law judge (ALJ), denying her application for supplemental security income (SSI) under the provisions of Title XVI of the Social Security Act. On March 6, 2010, the undersigned upheld the ALJ's decision finding Plaintiff not disabled. (Docs. 13, 14). On February 25, 2013, the United States Court of Appeals for the Eighth Circuit held that the judgment of the undersigned must be reversed, and remanded the matter for further proceedings consistent with its opinion. (Doc. 19).

Therefore, in accordance with the Eighth Circuit's opinion, the undersigned hereby reverses the decision of the Commissioner and remands this matter for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ is directed to address the errors the Eighth Circuit found in the ALJ's original decision.

DATED this 25th day of February, 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE